**No. 46560.**—Protests 60534–K, etc., of Geo. Borgfeldt Corp. (Baltimore).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the manger sets in question are similar in all material respects to those the subject of

Abstract 45502 they were found to be entireties and held dutiable as in chief value of papier-mâché at 25 percent ad valorem under paragraph 1403, Tariff Act of 1930, as claimed.